UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| In re Bausch & Lomb, Inc. Contact Lens Solution Products Liability Litigation | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1785 <br><br> C/A No. 2:06-MN-77777-DCN <br><br> **Notice and Order for** <br> **Status/Settlement Conference** |
| **This Order Relates to:** | | |
| Erickson v. Bausch & Lomb, 06-3278 | | |

      Notice is hereby provided of a status/settlement conference for the case captioned above, on Monday, June 7, 2010, at 3:00 PM in Courtroom #2, United States Court House, 81 Meeting Street, Charleston, South Carolina.

      At least three weeks prior to the hearing, plaintiff is instructed to provide complete and up to date medical records to defendant, pursuant to the provisions of the Case Management Orders entered in this MDL proceeding.

      At least two weeks prior to the hearing, counsel for plaintiff and defendant shall separately provide a confidential letter to the court outlining the settlement posture of the case. The letter should be mailed to chambers and emailed to my law clerk at *frank_ulmer@scd.uscourts.gov*. This letter should not be provided to opposing counsel.

      Attorneys of record for the parties in the above-captioned case are instructed to attend the June 7 status/settlement conference. Topics to be addressed include the status of settlement negotiations and the status of discovery.

      **AND IT IS SO ORDERED.**

                                                                    DAVID C. NORTON
                                                             CHIEF UNITED STATES DISTRICT JUDGE

May 4, 2010
Charleston, South Carolina